**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00312-PAB
Criminal Case No. 09-CR-00056-PAB-2

UNITED STATES OF AMERICA,

v.

2.  ELIZABETH VEGA,

    Movant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the ORDER DENYING 28 U.S.C. § 2255 MOTION of Judge Philip A. Brimmer entered on February 10, 2014 it is

    ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1037] filed February 3, 2014, is denied; and it is further

    ORDERED that under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is denied. It is further

    ORDERED that leave to proceed in forma pauperis on appeal is denied without prejudice to the filing of a motion seeking leave to proceed in forma pauperis on appeal in the United States Court of Appeals for the Tenth Circuit.  It is further

    ORDERED that each party shall bear their own costs, and that the corresponding civil action is terminated.

    Dated at Denver, Colorado this 11th day of February, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By:   s/ Edward P. Butler

    Edward P. Butler, Deputy Clerk